**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL J. FLYNN; and LUCILLE CASAGRANDE FLYNN,

        Plaintiffs,

v.

        Case No. 6:16-mc-25-Orl-37TBS

SQUARE ONE DISTRIBUTION, INC.,

        Defendant.

**ORDER**

This cause is before the Court *sua sponte*. The Court has discovered on its own review that this action has been settled in full, thereby mooting the pending matters before the Court. *See Flynn v. Square One Distribution, Inc.*, 1:15-cv-23762-KMW (S.D. Fla. Oct. 8, 2015), Docs. 53–55.[1]

The parties apparently resolved this action on June 16, 2016. If so, by failing to notify this Court of the resolution, they have wasted judicial resources as this Court considered the pending Objections to the Magistrate Judge's Report & Recommendation. Indeed, the failure to notify the Court of the settlement constitutes a violation of the Court's Local Rules, *see* Local Rule 3.08(a), potentially warranting imposition of sanctions.

---

[1] The underlying action ("**Underlying Action**") is in the U.S. District Court for the Southern District of Florida. The instant miscellaneous action before this Court was initiated by the filing of a motion to quash a non-party subpoena that was issued in the Underlying Action. (Doc. 1.)

On or before Wednesday, **June 29, 2016**, the parties are **DIRECTED** to file a joint status report indicating whether this action can be dismissed and closed and why the Court should not impose sanctions for failure to comply with the Local Rules.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 27, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record